*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM C. DUFFELMEYER,                     Index No. 07CV11352 (KMK)

       Plaintiffs,

 -against-
              *Stipulation &*
STEPHEN MALFITANO, individually, JOSEPH *Order extending*
CANNELLA, individually, TOWN/VILLAGE BOARD *time*
OF THE TOWN OF HARRISON, New York,
BOARD OF POLICE COMMISSIONERS OF THE
TOWN/VILLAGE OF HARRISON, New York and the
TOWN/VILLAGE OF HARRISON, New York,

       Defendants.
------------------------------------------------------------X

 IT IS HEREBY STIPULATED AND AGREED by and between FRIEDMAN, HARFENIST, LANGER & KRAUT, attorneys for Defendants and LOVETT & GOULD, LLP, attorneys for Plaintiff that the defendants' time to answer the Complaint dated December 17, 2007 or otherwise move in this action is extended to January 28, 2008.

 Signatures via facsimile shall be deemed original signatures.

Dated: Westchester, New York
   January 4, 2008

_____   _____
Steven J. Harfenist, Esq. (SH-6930)  Jonathan Lovett, Esq. (4854)
FRIEDMAN, HARFENIST, LANGER  LOVETT & GOULD, LLP
& KRAUT            Attorneys for Plaintiff
Attorneys for Defendants     222 Bloomingdale Road
2975 Westchester Avenue, Suite 415  White Plains, New York 10605
Purchase, New York 10577

SO ORDERED:
_____
Hon. Kenneth M. Karas U.S.D.J.

dated: 1/8/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```