UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11352

WILLIAM C. DUFFELMEYER,

                      Plaintiff,

v.

STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                      Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/19/07 at 11:00 a.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: STEPHEN MALFITANO

At Location: One Heineman Place, Harrison, New York

    By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so served to be Anna Pilloni and authorized to accept service.

On December 19, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex F | Age 35-45 | Weight 130 |
| Color of Skin WHITE | Height 5'4" | Color of Hair Brown |
| Other Features | | |

                                                 _____
                                                 Robert Fouvy

Sworn to before me this
20th day of December, 2007

_____
Notary Public

        ANN B. FRANK
  Notary Public, State of New York
       No. 01FR5022348
   Qualified in Westchester County
Commission Expires January 10, 20_10_

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV11352    AND FILED ON    12/18/2007

WILLIAM C. DUFFELMEYER

Vs.

STEPHEN MALFITANO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/18/2008__ at __2:15PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOSEPH CANNELLA    (herein called recipient)
At Location: 26 SUNNY RIDGE ROAD    therein named.

HARRISON NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BLACK__
Age __45/55__   Height __5'9"__   Weight __170__
Other Features __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __2/19/2008__

_signature_

John Axelrod
Server's License#:

2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11352

WILLIAM C. DUFFELMEYER,

                                              Plaintiff,

v.

STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/19/07 at 11:00 a.m. __deponent did serve the within process as follows:__

Process Served: Summons, Complaint and Electronic filing rules

Party Served: TOWN/VILLAGE BOARD OF THE TOWN/VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

    By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so served to be Anna Pilloni and authorized to accept service.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex F | Age 35-45 | Weight 130 |
| Color of Skin WHITE | Height 5'4" | Color of Hair Brown |
| Other Features | | |

                                                                         _Robert Fouvy_
                                                                        Robert Fouvy

Sworn to before me this
20th day of December, 2007

_____
Notary Public

       ANN B. FRANK
Notary Public, State of New York
     No. 01FR5022348
  Qualified in Westchester County
Commission Expires January 10, 20_10_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11352

WILLIAM C. DUFFELMEYER,

                        Plaintiff,

v.

STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/19/07 at 11:00 a.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: BOARD OF POLICE COMMISSIONERS OF THE TOWN/VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so served to be Anna Pilloni and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex F           Age 35-45        Weight 130
Color of Skin WHITE    Height 5'4"       Color of Hair Brown
Other Features

                                                                Robert Fouvy

Sworn to before me this
20th day of December, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 /(

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11352

WILLIAM C. DUFFELMEYER,

                        Plaintiff,

v.

STEPHEN MALFITANO, individually, JOSEPH CANNELLA, individually, TOWN/VILLAGE BOARD OF THE TOWN OF HARRISON, New York, BOARD OF POLICE COMMISSIONERS OF THE TOWN/VILLAGE OF HARRISON, New York, and the TOWN/VILLAGE OF HARRISON, New York,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/19/07 at 11:00 a.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: TOWN/VILLAGE OF HARRISON

At Location: One Heineman Place, Harrison, New York

By delivering to and leaving with Anna Pilloni, Village Attorney's office, and that deponent knew the person so served to be Anna Pilloni and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex F            Age 35-45          Weight 130
Color of Skin WHITE    Height 5'4"         Color of Hair Brown
Other Features

                                                  Robert Fouvy

Sworn to before me this
20th day of December, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20__