STATE OF NEW YORK      )
                                            )ss.:
COUNTY OF NASSAU    )

Patricia Tesoriero, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Queens, New York.

On March 25, 2008, deponent served the within

DECLARATION OF STEVEN JAY HARFENIST
DECLARATION OF NEIL TORCZYNER

upon the following person(s) herein by depositing true copies of same enclosed in properly addressed, post-paid wrapper(s), by regular mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and forwarding same to:

TO:   Lovett & Gould
        222 Bloomingdale Road
        White Plains, New York   10606

*Patricia Tesoriero*
Patricia Tesoriero

Sworn to before me this
25th day of March, 2008

_____
NOTARY PUBLIC

DONNA J. BERLINGIERI
Notary Public, State of New York
No. 30-4993871
Qualified in Nassau County
Commission Expires Mar. 28, 2010